QUIST, Senior District Judge,
concurring:
All judges on the panel, including the undersigned, agree that Ninth Circuit precedent, particularly Cannon v. Hawaii Corp. (In re Hawaii Corp.), 796 F.2d 1139 (9th Cir.1986), requires this Court to dismiss this appeal because appellants “are unable to satisfy the threshold requirement of appellate jurisdiction.” In my judgment, once appellants fail to satisfy this threshold issue, the case is concluded — subject, of course, to whether the Ninth Circuit revisits the continuing viability of In re Hawaii Corp. As to whether the rule of In re Hawaii Corp. should be revisited or changed is not for me to say. If the rule of In re Hawaii Corp. is changed en banc, the issue of appellate jurisdiction can be revisited under the facts of this particular case, which are accurately set forth in Part I of Judge Ikuta’s Opinion.